UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| DIAMOND REAL ESTATE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>AMERICAN BROKERS CONDUIT, et al.,<br><br>    Defendants. | Case No.16-cv-03937-LB<br><br>**NOTICE** |

Because you are representing yourself in this case, the court issues this notice to you about legal resources available to you. First, the court attaches a copy of the district court's *Handbook for Litigants Without a Lawyer*. It provides instructions on how to proceed at every stage of your case, including discovery, motions, and trial. Second, you may wish to seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling 415-782-8982, or by signing up for an appointment on the 15th Floor of the Federal Courthouse in San Francisco, 450 Golden Gate Avenue, San Francisco, California. At the Legal Help Center, you will be able to speak with an attorney who may be able to provide basic legal help but not representation. A copy of the Legal Help Center's flyer is attached.

**IT IS SO ORDERED.**

Dated: August 3, 2016      _____

LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DIAMOND REAL ESTATE, et al.,

    Plaintiffs,

v.

AMERICAN BROKERS CONDUIT, et al.,

    Defendants.

Case No. 3:16-cv-03937-LB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 3, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Diamond Real Estate
28470 Rochelle Ave
Hayward, CA 94544-5452

Editha Palancia
28470 Rochelle Ave.
Hayward, CA 94544-5452

Porfirio P. Jorque
28470 Rochelle Ave
Hayward, CA 94544-5452

Dated: August 3, 2016

    Susan Y. Soong
    Clerk, United States District Court

    By:_____
    Lashanda Scott, Deputy Clerk to the
    Honorable LAUREL BEELER

2