UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIAMOND REAL ESTATE, et al., | Case No.  16-cv-03937-HSG |
| Plaintiffs, | |
| v. | **ORDER DENYING MOTION TO CONTINUE HEARING** |
| AMERICAN BROKERS CONDUIT, et al., | Re: Dkt. No. 19 |
| Defendants. | |

ORDER by Hon. Haywood S. Gilliam, Jr. DENYING Dkt. No. 19 motion to continue hearing.   Plaintiffs' opposition to Dkt. No. 7 motion to dismiss is due August 25, 2016, and replies are due September 1, 2016.

**IT IS SO ORDERED.**

Dated:  8/19/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California