# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| DIAMOND REAL ESTATE, a California Corporation; PORFIRIO P. JORQUE, an Individual; EDITHA PALANCIA, an Individual,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>AMERICAN BROKERS CONDUIT, AMERICAN HOME MORTGAGE SERVICING, INC.; AMERICAN HOME MORTGAGE ACCEPTANCE, INC.; AMERICAN HOME MORTGAGE ASSETTS, LLC; CITIBANK, N.A., as Trustee for AMERICAN HOME MORTGAGE ASSETS TRUST 2006-3, MORTGAGE BACKED PASS-THROUGH CERTIFICATES SERIES 2006-3; OCWEN LOAN SERVICING, LLC; WESTERN PROGRESSIVE, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No.: 3:16-cv-03937-HSG<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE**<br><br>**Hearing:**<br>Date:　October 18, 2016<br>Time:　2:00 p.m.<br>Ctrm:　10 – 19th Floor<br><br>Superior Court Case No.: HG16817357<br>Action Filed:　May 26, 2016<br>Trial Date:　N/A |

　　　　Defendants Ocwen Loan Servicing, LLC ("Ocwen"), Citibank, N.A., as Trustee for American Home Mortgage Assets Trust 2006-3, Mortgage-Backed Pass Through Certificates Series 2006-3 ("CitiBank"), American Home Mortgage Servicing, Inc. ("AHMS"), and Mortgage Electronic Registration Systems, Inc. ("MERS") (collectively, "Defendants") have submitted a

1  Request to Appear by Telephone at the Initial Case Management Conference (the "Request"),
2  scheduled for October 18, 2016, at 2:00 p.m., before the Honorable Haywood S. Gilliam, Jr. After
3  having considered the Request, and

4      GOOD CAUSE APPEARING THEREFOR,

5      **IT IS ORDERED** that the Request is **GRANTED**. Counsel shall contact CourtCall at (866)
6  582-6878 to make arrangements for the telephonic appearance.

7      **IT IS SO ORDERED.**

8  Dated:  **October 6, 2016**  _____
                         HON. HAYWOOD S. GILLIAM, JR.
9                        UNITED STATES DISTRICT COURT JUDGE

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28