UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DIAMOND REAL ESTATE, et al.,

    Plaintiffs,

v.

AMERICAN BROKERS CONDUIT, et al.,

    Defendants.

Case No. 16-cv-03937-HSG

**ORDER GRANTING EXTENSION OF TIME TO FILE DECLARATION**

Re: Dkt. No. 50

On November 17, 2016, the Court ordered corporate Plaintiff Diamond Real Estate ("Diamond") to file a declaration stating that it had hired counsel no later than December 16, 2016. Dkt. No. 47; *see also U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993) ("A corporation may appear in federal court only through licensed counsel."); Civil L.R. 3-9(b) ("A corporation, unincorporated association, partnership or other such entity may appear only through a member of the bar of this Court."). On December 16, 2016, Diamond filed a motion for a twenty-day extension of time to file the declaration stating that it has hired counsel. Dkt. No. 50. The Court hereby **GRANTS** the motion for extension of time.[1] Diamond must file the declaration no later than January 5, 2016.

**IT IS SO ORDERED.**

Dated: 12/28/2016

                                                                                       HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[1] The Court notes, however, that Diamond's motion did not fully comply with the Local Rules. *See* Civil L.R. 6-3(a)(2)-(3) (listing two of the requirements for the form and content of a motion to change time, which were not satisfied by Diamond). The Court urges Diamond to review the Local Rules more closely with relation to future filings.