UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIAMOND REAL ESTATE, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>AMERICAN BROKERS CONDUIT, et al.,<br><br>    Defendants. | Case No.  16-cv-03937-HSG<br><br>**ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. Nos. 7, 44, 47 |

   Defendants' motion to dismiss, Dkt. No. 7, was scheduled to be heard on January 19, 2017, Dkt. No. 47 at 2.  In addition, a case management conference was scheduled for the same day.  *See* Dkt. No. 44.  The Court takes the filings for Defendants' motion under submission, and hereby VACATES both the hearing and the case management conference.  The Court will set a new case management conference when it rules on Defendants' motion to dismiss.

   **IT IS SO ORDERED.**

Dated:  1/17/2017

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California